**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FRANK CAGGIANO, <br><br> Plaintiff, <br><br> v. <br><br> BADRINARAYANAN KOTHANDARAMAN, et al., <br><br> Defendants. | Case No. 20-cv-08715-BLF <br><br> **ORDER DIRECTING CLERK TO CLOSE THE CASE** |

On December 24, 2020, the Court issued an Order to consolidate the above-caption case with several other cases (the "Consolidated Action"). The above-captioned case should have been closed at that time. The Clerk SHALL close this case.

**IT IS SO ORDERED.**

Dated: December 1, 2022

BETH LABSON FREEMAN
United States District Judge